John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 800004

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61757 | 008-0 | CYNTHIA ABIGAIL FARIAS<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxx8214 | 626.50 | 12.95 | 0.00 | 12.95 |
| 04-62012 | 010-0 | JAMES L PHELPS<br>Original Check written to:<br>CEBRIDGE CONNECTIONS<br>P O BOX 139400<br>TYLER, TX  75713 | 7546 | 372.39 | 15.13 | 0.00 | 15.13 |
| 04-62015 | 008-0 | MARTHA L WILLIAMS<br>Original Check written to:<br>CINGULAR WIRELESS BANKO<br>P O BOX 309<br>PORTLAND, OR  97207-0309 | xxxxxxxx1837 | 872.12 | 44.62 | 0.00 | 44.62 |
| 04-62387 | 006-0 | CLYDE D SANDERS<br>Original Check written to:<br>SOUTHWESTERN BELL TELEPHONE<br>PO BOX 981268<br>WEST SACRAMENTO, CA  95798 | xxxxxxxxxxxxxxxxxxx 592 | 473.53 | 12.89 | 0.00 | 12.89 |
| 04-62387 | 009-0 | CLYDE D SANDERS<br>Original Check written to:<br>BRYAN STATE BANK<br>C/O COTTONWOOD FINANCIAL Ltd.<br>1300 W. WALNUT HILL LANE, SUITE 255<br>IRVING, TX  75038 | xxxxxxxxxxxxxxxxxxxx6342 | 350.46 | 9.54 | 0.00 | 9.54 |
| 04-62443 | 009-0 | MAUDIE MECHEL HART<br>Original Check written to:<br>RED RIVER VALLEY RADIOLOGY<br>P O BOX 100<br>PARIS, TX  75461 | xxxxx5850 | 501.35 | 98.65 | 0.00 | 98.65 |
| 07-60159 | 006-0 | THOMAS WAYNE ADAMS<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>PO BOX 5010, SECT. 230<br>CONCORD, CA  94524- | xxxxxx2999 | 782.28 | 12.98 | 0.00 | 12.98 |